# No. 21-1133

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————————————————

PATRICK KENNEDY,
PETITIONER-APPELLANT

v.

COMMISSIONER OF INTERNAL REVENUE,
RESPONDENT-APPELLEE

———————————————————

———————————————————

ON APPEAL FROM THE ORDER AND DECISION OF THE
UNITED STATES TAX COURT

————

**MOTION OF TAXPAYERS AGAINST FRAUD EDUCATION FUND
FOR LEAVE TO FILE A REPLY BRIEF AS AMICUS CURIAE
IN SUPPORT OF APPELLANT**

————

JACKLYN DE MAR
TAXPAYERS AGAINST FRAUD
EDUCATION FUND
1220 19TH STREET NW, #501
Washington, D.C. 20036
(202) 296-4826
jdemar@taf.org

PAUL D. SCOTT *
LANI ANNE REMICK
LAW OFFICES OF PAUL D. SCOTT, P.C.
435 PACIFIC AVENUE, SUITE 200
SAN FRANCISCO, CA 94133
(415) 981-1212
*pdscott@lopds.com*
*laremick@lopds.com*

*Counsel of Record                    Counsel for Amicus Curiae*

Pursuant to Rule 29, Fed. R. App. P., Taxpayers Against Fraud Education Fund (TAFEF) seeks leave to file a reply brief as amicus curiae supporting Appellant. In support of this motion, TAFEF states as follows:

1. Appellant Patrick Kennedy is proceeding *pro se* in this matter, seeking to appeal the denial of a whistleblower award under the IRS Whistleblower Program pursuant to 26 U.S.C. § 7623(b).

2. In its January 21, 2022 opening brief, citing this Court's decision in *Li v. Commissioner*, 22 F.4th 1014 (D.C. Cir. 2022), the Government introduced arguments regarding the Tax Court's subject matter jurisdiction. The arguments had not been raised below or in Appellant's opening brief, which was filed before *Li* was decided. Subsequent to the Government filing its brief, numerous cases in Tax Court have been stayed pending the resolution of the jurisdictional issue raised by the Government in this case.

3. The Court issued an order on June 1, 2022 authorizing TAFEF to file an Amicus brief and permitting a supplemental brief by the Government. Amicus's brief, which had previously been lodged with the Court, was filed on the same date.

4. The Government responded to Amicus's brief on June 30, 2022.

5. On July 20, 2022, the Court issued an order setting a final briefing schedule with Amicus to file its Final Brief on September 27, 2022.

6. Amicus now seeks leave to file a reply, docketed with the Court on September 27, 2022, addressing the arguments, including new cases, raised by the Government in its supplemental brief. Pro se Appellant Kennedy has advised counsel for Amicus that he consents to this motion. Counsel for the Government has advised counsel for Amicus that the Government takes no position on the motion.

7. As the jurisdictional issues discussed in the briefs are complex and of relevance to six appeals before this Court and dozens more in the Tax Court, Amicus believes it is important for the Court to have the issues fully developed and all relevant authority to aid in its analysis in this case.

8. In its original March 24, 2022 motion for leave to participate as Amicus Curiae, TAFEF provided a detailed explanation of its credentials as a public interest non-profit organization dedicated to fighting fraud against the Government by working to protect whistleblowers and strengthen the effective operation of the laws that empower them to expose misconduct.

9. Rule 29(a)(7) permits the filing of an amicus reply with the "court's permission." Fed. R. App. P. 29(a)(7). In light of the foregoing, Amicus believes there are reasonable grounds for the Court to grant TAFEF permission to file the docketed amicus reply brief in aid of the Court's analysis of the jurisdictional issues in this case.

10. If the Court grants this motion, TAFEF does not believe it will be necessary for the Court to alter its briefing schedule, as the Government is taking no position on the filing of Amicus's reply and Appellant has consented to it being filed.

11. For these reasons, TAFEF respectfully requests that this motion be granted and that the Clerk be directed to file Amicus' reply brief docketed with the Court.

Respectfully submitted,

Date: September 28, 2022

By: /s/ Paul D. Scott
Paul D. Scott
Lani Anne Remick
LAW OFFICES OF PAUL D. SCOTT, P.C.
435 Pacific Avenue, Suite 200
San Francisco, CA 94133
pdscott@lopds.com
laremick@lopds.com
Tel: (415) 981-1212

Jacklyn DeMar
TAXPAYERS AGAINST FRAUD
EDUCATION FUND
1220 19th Street, N.W.
Suite 501
Washington, DC 20036
jdemar@taf.org
Tel: (202) 296-4826

Attorneys for Amicus Curiae TAFEF

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on September 28, 2022.

I further certify that on this 28th day of September, 2022, I electronically mailed a copy of this brief, to the appellant and the appellee, to the following email addresses:

| | |
|---|---|
| Patrick Kennedy (appellant): | patrickkennedy45@gmail.com. |
| Matthew S. Johnsoy (for appellee): | matthew.s.johnshoy@usdoj.gov |
| Bruce Ellisen (for appellee): | appellate.taxcivil@usdoj.gov |

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

A copy was also mailed by first-class mail to the following address:

Patrick Kennedy
8340 W. 103rd Street
Palos Hills, IL 60465

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

/s/ Paul D. Scott
Paul D. Scott
Attorney

# CERTIFICATE OF COMPLIANCE

## Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

[X] this document contains 520 words, **or**

[ ] this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this document has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Times New Roman 14, or

[ ] this brief has been prepared in a monospaced typeface using _____ with _____.


/s/ Paul D. Scott

Attorney for Taxpayers Against Fraud Education Fund

Dated: September 28, 2022