No. 21-1133

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

―――――――――――――――――――

PATRICK KENNEDY,
Petitioner-Appellant

v.

COMMISSIONER OF INTERNAL REVENUE,
Respondent-Appellee

―――――――――――――――――――

―――――――――――――――――――

ON APPEAL FROM THE ORDER AND DECISION OF THE
UNITED STATES TAX COURT

―――――――

**MOTION FOR LEAVE TO FILE A RESPONSE
TO MOTIONS FOR SUBMISSION**

―――――――

| | |
|---|---|
| Jacklyn De Mar<br>The Anti-Fraud Coalition<br>(Formerly Taxpayers<br>Against Fraud Education<br>Fund)<br>1220 19th Street NW, #501<br>Washington, D.C. 20036<br>(202) 296-4826<br>jdemar@taf.org | Paul D. Scott *<br>Lani Anne Remick<br>Law Offices of Paul D. Scott, P.C.<br>640 Washington Street<br>San Francisco, CA 94111<br>(415) 981-1212<br>pdscott@lopds.com<br>laremick@lopds.com |

*Counsel of Record                               *Counsel for Amicus Curiae*

The Court has previously granted leave for Taxpayers Against Fraud Education Fund (subsequently renamed The Anti-Fraud Coalition) ("TAF") to appear as amicus curiae in this case. Per Curiam Order, June 1, 2022; *see also* Motion to Participate as Amicus, March 24, 2022 (detailing TAF's interest in this case). Pursuant to Rule 29(a)(3), Fed. R. App. P., TAF respectfully seeks leave to file a response to the parties' recently filed Motions for Submission. In support of this motion, TAF states as follows:

1. Appellant Patrick Kennedy is proceeding *pro se* in this matter, seeking to appeal the denial of a whistleblower award under the IRS Whistleblower Program pursuant to 26 U.S.C. § 7623(b).

2. After the parties' and amicus' briefs were filed, the Court on its own motion stayed this case "pending the court's resolution of *Lissack v. Commissioner*, No. 21-1268, and *Villa-Arce v. Commissioner*, No. 22-1006" and directed the parties "to file motions to govern future proceedings within 30 days after resolution of *Lissack* and *Villa-Arce*." Per Curiam Order, October 27, 2022.

3. *Lissack* and *Villa Arce* were decided in May 2023 and, consistent with the Court's October 27, 2022 Order, the parties both subsequently filed motions citing Circuit Rule 34(j) and proposing submission of the appeal for decision on the briefs.

4. The Commissioner's brief also contained argument regarding the application of *Lissack* to the important jurisdictional issues posed by this case. Amicus respectfully submits that this case thus raises issues of first impression and precedential consequence that merit a substantive response. Amicus has lodged herewith a proposed Response to the parties' Motions for Submission that contests the Commissioner's argument seeking to limit the jurisdiction of the Tax Court.

5. Appellant Kennedy consents to TAF filing a Response to the parties' motions with regard to the jurisdictional issues in this case, and he has advised counsel for TAF, subsequent to filing his motion, that he would prefer not to waive oral argument and, instead, would prefer to yield his time for amicus counsel to argue the jurisdictional issues in this case if the Court concludes such argument would be of assistance to the Court.

6. For these reasons, TAF respectfully requests that this motion be granted and that the Clerk be directed to file Amicus' Response brief docketed with the Court.

7. The Government does not consent to TAF filing a response.

/

/

/

                                              Respectfully submitted,

Date: July 3, 2023                 By: /s/ Paul D. Scott

                                              Paul D. Scott
                                              Lani Anne Remick
                                              LAW OFFICES OF PAUL D. SCOTT, P.C.
                                              640 Washington Street
                                              San Francisco, CA 94111
                                              pdscott@lopds.com
                                              laremick@lopds.com
                                              Tel: (415) 981-1212

                                              Jacklyn DeMar
                                              THE ANTI-FRAUD COALITION
                                              (Formerly TAXPAYERS AGAINST
                                              FRAUD EDUCATION FUND)
                                              1220 19th Street, N.W.
                                              Suite 501
                                              Washington, DC 20036
                                              jdemar@taf.org
                                              Tel: (202) 296-4826

                                              Attorneys for Amicus Curiae TAF

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on July 3, 2023.

I further certify that on this 3rd day of July, 2023, I electronically mailed a copy of this brief, to the appellant and the appellee, to the following email addresses:

| | |
|---|---|
| Patrick Kennedy (appellant): | patrickkennedy45@gmail.com. |
| Matthew S. Johnsoy (for appellee): | matthew.s.johnshoy@usdoj.gov |
| Bruce Ellisen (for appellee): | appellate.taxcivil@usdoj.gov |

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

A copy was also mailed by first-class mail to the following address:

Patrick Kennedy
8340 W. 103rd Street
Palos Hills, IL 60465

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

/s/ Paul D. Scott
Paul D. Scott
Attorney

# CERTIFICATE OF COMPLIANCE

## Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

[X]   this document contains 393 words, **or**

[ ]   this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

[X]   this document has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Times New Roman 14, or

[ ]   this brief has been prepared in a monospaced typeface using _____ with _____.


/s/ Paul D. Scott

Attorney for The Anti-Fraud Coalition

(Formerly Taxpayers Against Fraud Education Fund)

Dated: July 3, 2023