No. 21-1133

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

PATRICK KENNEDY,
PETITIONER-APPELLANT
V.
COMMISSIONER OF INTERNAL REVENUE,
RESPONDENT-APPELLEE

ON APPEAL FROM THE ORDER AND DECISION OF THE UNITED STATES TAX COURT

# MOTION FOR LEAVE TO ATTEND ORAL ARGUMENT REMOTELY


JACKLYN DE MAR
THE ANTI-FRAUD COALITION (FORMERLY TAXPAYERS AGAINST FRAUD EDUCATION FUND)
1220 19TH STREET NW, #501
Washington, D.C. 20036
(202) 296-4826
jdemar@taf.org

PAUL D. SCOTT *
LANI ANNE REMICK
LAW OFFICES OF PAUL D. SCOTT, P.C.
640 WASHINGTON STREET
SAN FRANCISCO, CA 94111
(415) 981-1212
*pdscott@lopds.com*
*laremick@lopds.com*

*Counsel of Record

*Counsel for Amicus Curiae*

The Court has previously granted leave for Taxpayers Against Fraud Education Fund (subsequently renamed The Anti-Fraud Coalition) ("TAF") to appear as amicus curiae in this case. Appellant Kennedy is pro se.

TAF respectfully moves for leave to appear remotely for the oral argument scheduled in the case. Oral argument is currently scheduled for October 7, 2024. Counsel for TAF, who is based in San Francisco, respectfully requests permission to participate in the oral argument via Zoom, due to a scheduling conflict. Counsel's niece is getting married on October 6, 2024 in Las Vegas, making it impractical for counsel to appear in person on October 7, 2024, but counsel can be fully prepared for oral argument on October 7, 2024 via Zoom. Appellant Kennedy has previously indicated he intends to cede his time to counsel for TAF. *See* Doc. #2006240 at 3. Counsel for the Government has stated it has no objection to counsel for TAF appearing remotely for oral argument if the Court permits counsel for TAF to present argument in the case.

WHEREFORE, for the reasons stated above, counsel for TAF respectfully requests that this Court grant leave for counsel to appear remotely for oral argument.

/

/

/

/

/

Respectfully submitted,

Date: September 23, 2024

By: /s/ Paul D. Scott
Paul D. Scott
Lani Anne Remick
LAW OFFICES OF PAUL D. SCOTT, P.C.
640 Washington Street
San Francisco, CA 94111
pdscott@lopds.com
laremick@lopds.com
Tel: (415) 981-1212

Jacklyn DeMar
THE ANTI-FRAUD COALITION
(Formerly TAXPAYERS AGAINST
FRAUD EDUCATION FUND)
1220 19th Street, N.W.
Suite 501
Washington, DC 20036
jdemar@taf.org
Tel: (202) 296-4826

Attorneys for Amicus Curiae TAF

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on September 23, 2024.

I further certify that on this 23rd day of September, 2024, I electronically mailed a copy of this brief, to the appellant and the appellee, to the following email addresses:

Patrick Kennedy (appellant): patrickkennedy45@gmail.com.

Matthew S. Johnsoy (for appellee): matthew.s.johnshoy@usdoj.gov

Julie Ciamporcero Avetta, Attorney: Julie.C.Avetta@usdoj.gov

Bruce Ellisen (for appellee): appellate.taxcivil@usdoj.gov

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

A copy was also mailed by first-class mail to the following address:

Patrick Kennedy
8340 W. 103rd Street
Palos Hills, IL 60465

I further certify that appellant and appellee agreed to this manner of electronic service in writing in accordance with Fed. R. App. P. 25(c)(2)(B).

/s/ Paul D. Scott
Paul D. Scott
Attorney

## CERTIFICATE OF COMPLIANCE

### Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 29(a)(5) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

[X] this document contains 197 words, **or**

[ ] this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this document has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Times New Roman 14, or

[ ] this brief has been prepared in a monospaced typeface using ______________________ with _________________.

/s/ Paul D. Scott

Attorney for The Anti-Fraud Coalition

(Formerly Taxpayers Against Fraud Education Fund)

Dated: September 23, 2023