# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-1133**  September Term, 2024

USTC-5687-17W

Filed On: October 7, 2024 [2078545]

Patrick Kennedy,

    Appellant

  v.

Commissioner of Internal Revenue,

    Appellee

**BEFORE:** Circuit Judges Henderson, Rao, and Walker

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, October 7, 2024 at 9:32 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Paul D. Scott*, Amicus Curiae for Appellant.

  Julie Ciamporcero Avetta (DOJ), counsel for Appellee.

  * Attorney argued via Zoom

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk